**Order entered September 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01619-CV

## LISLE PATTON AND BARRETT DAFFIN FRAPPIER TURNER & ENGEL, L.L.P., F/K/A BARRETT BURKE WILSON CASTLE DAFFIN & FRAPPIER, L.L.P., Appellants

### V.

## COLLIN D. PORTERFIELD, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-07440-A**

## ORDER

Before the Court is appellee Collin D. Porterfield's September 16, 2013 motion seeking an extension of time to file his motion for rehearing. The opinion issued in this cause on August 30, 2013. The deadline for filing a motion for rehearing in this cause was September 16, 2013. *See* TEX. R. APP. P. 10.5(b)(1)(A). Appellee Collin D. Porterfield requests an extension until October 1, 2013, because he is an attorney and is representing his clients in an adversary proceeding that is set for trial on September 18–19, 2013. *See* TEX. R. APP. P. 10.5(B)(1)(B), (C). No previous extensions have been requested. *See* TEX. R. APP. P. 10.5(B)(1)(D). Appellee Collin D. Porterfield acknowledges that Appellants Lisle Patton and Barrett Daffin Frappier Turner & Engle, L.L.P., oppose his motion. *See* TEX. R. APP. P. 10.3(a).

The Court **GRANTS** appellee Collin D. Porterfield's September 16, 2013 motion requesting an extension of time to file his motion for rehearing. The Court **ORDERS** appellee Collin D. Porterfield to file his motion for rehearing no later than 5:00 p.m., October 1, 2013.


/s/     DOUGLAS S. LANG
         JUSTICE